JUSTINIAN CAPITAL SPC, for and on Behalf of BLUE HERON SEGREGATED PORTFOLIO, Appellant, v WEST LB AG et al., Respondents.

Submitted August 1, 2016; decided August 25, 2016

Motion by Burford Capital LLC for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.